925 P.2d 396

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## Order No. 96–5
### September 11, 1996

| | | |
|---|---|---|
| 18539 | Newtown Estates Community Assn. v. Teraoka | Affirmed |
| 18454 | Western Motor Tariff Bureau, Inc., Matter of Application of | Affirmed |
| 18455 | Western Motor Tariff Bureau, Inc., Matter of Application of | Dismissed |

## Order No. 96–6
### September 11, 1996

| | | |
|---|---|---|
| 18862 | GGS Co., Ltd. v. New York Diamond, Inc. | Affirmed |

## Order No. 96–7
### September 11, 1996

| | | |
|---|---|---|
| 18778 | State v. Moler | Vacated |

## Order No. 96–8
### September 19, 1996

| | | |
|---|---|---|
| 16979 | Adams v. Auwae | Affirmed |

## Order No. 96–9
### September 19, 1996

| | | |
|---|---|---|
| 17549 | Arrellano v. Perry | Affirmed |